

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00615-CR

RALPH WESLEY ROGERS, SR.                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

------------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Ralph Wesley Rogers, Sr. filed his notice of appeal on December 18, 2013, attempting to appeal from the trial court's October 31, 2011 order finding that DNA testing results were not favorable to him. On January 3, 2014, we notified appellant of our concern that we lacked jurisdiction over the appeal because the notice of appeal was not timely filed. *See* Tex. R. App. P. 25.2(b), 26.2(a). We informed appellant that unless he or any party desiring to

---

[1]*See* Tex. R. App. P. 47.4.

continue to the appeal filed with the court, on or before January 13, 2014, a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction.  *See* Tex. R. App. P. 25.2, 44.3.

Appellant filed a response, but it does not show grounds for continuing the appeal.  *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the appeal's merits and may take no action other than to dismiss the appeal).  Therefore, we dismiss the appeal.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 6, 2014